# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:14CR399 |
| | ) | |
| V. | ) | |
| | ) | |
| **BRENT F. ENGLEHART,** | ) | ORDER |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Currently pending before the Court is Defendant's Motion to Suppress (filing 16). Prior to ruling upon said motion, the Court desires additional briefing on the following issue: Should the Court find that reasonable suspicion is lacking in this matter, would the statements made by Defendant following his arrest, and after being read his *Miranda* rights, still be admissible (assuming Defendant was not made any promises which induced him to waive his rights)?

The parties shall submit simultaneous briefs on this issue by or before May 6, 2015.

**DATED April 27, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**