IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14CR399 |
| vs. | |
| BRENT F. ENGLEHART, | ORDER |
| Defendant. | |

This matter is before the court on defendant's MOTION TO SUPPRESS [60] and MOTION TO DISMISS INDICTMENT [62]. The record shows that the deadline for filing such motions expired on February 23, 2015, therefore the motions will be denied.

**IT IS ORDERED:**

Defendant's MOTION TO SUPPRESS [60] and MOTION TO DISMISS INDICTMENT [62] are denied as having been filed out of time.

Pursuant to NECrimR 59.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later an12:00 noon on Monday, March 7, 2016.

Dated this 3rd day of March, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge